IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES of the PLUMBERS )
LOCAL UNION NO. 93 U.A.; )
BOARD OF TRUSTEES of the PLUMBERS )
LOCAL UNION NO. 93 U.A. RETIREMENT )
ACCOUNT FUND; )
BOARD OF TRUSTEES of the PLUMBERS )
LOCAL UNION NO. 93 U.A. PENSION FUND; )
BOARD OF TRUSTEES of the PLUMBERS ) NO.: 07CV2355
LOCAL UNION NO. 93 U.A. HEALTH AND )
WELFARE FUND; )
BOARD OF TRUSTEES of the JOINT ) JUDGE: LEINENWEBER
APPRENTICESHIP COMMITTEE FUND of the )
PLUMBING & HEATING INDUSTRY OF LAKE )
AND McHENRY COUNTIES; and ) MAGISTRATE JUDGE: COLE
The INDUSTRY ADVANCEMENT FUND; )
 )
              Plaintiffs, )
 )
vs. )
 )
JUST PLUMB CRAZY KELLY'S )
PLUMBING, INC., an Illinois Corporation, )
d/b/a KELLY'S PLUMBING, )
 )
              Defendant. )

## MOTION FOR DEFAULT JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A., *et. al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Default Judgment and to compel Production of Documents necessary to determine the amount of damages due Plaintiffs from Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

    1.    On April 27, 2007, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2.   On May 2, 2007, the Summons and Complaint was served on Terrence McKenna, the registered agent of the Defendant at 19333 East Grant Highway, Marengo, IL 60152.

3.   The Court may render a Default Judgment against a party who has not filed a responsive pleading or otherwise defended the suit. (Fed. R. Civ. P. 55(a)(b)(2)).

4.   The Court should render a Default Judgment against Defendant in this case because the Defendant did not file an Answer within 20 days of May 2, 2007, the date on which Defendant was served with the Summons and Complaint (Fed. R. Civ. P. 12(a)(3)).

5.   This case involves unpaid contributions and wage deductions. (Plaintiffs' Complaint, ¶¶ 10-19).

6.   The Defendant is required to submit monthly reports of hours worked ("Contribution Reports") by Covered Employees to the Plaintiffs. (Plaintiffs' Complaint, ¶ 7).

7.   The amount of contributions and wage deductions owed by the Defendant is determined by the number of hours worked by Covered Employees. (Plaintiffs' Complaint, ¶ 7).

8.   The Defendant has not submitted all of the Contribution Reports and associated payments for the calendar months of October, 2006 and January, February, March, April and May of 2007. (See Affidavit of Lyman Behrens attached hereto as Exhibit A).

9.   Plaintiffs cannot determine their damages without the missing Contribution Reports for October, 2006 and January, February, March, April and May of 2007.

10.   Plaintiffs have requested the missing reports from Defendant but have not received all of the reports to date.

11. Plaintiffs respectfully request this Honorable Court enter Default Judgment in favor of Plaintiffs and against the Defendant and further Order the Defendant to provide Plaintiffs' counsel, Johnson & Krol, LLC, with accurate Contribution Reports for the calendar months of October of 2006 and January, February, March, April and May of 2007.

12. A draft Default Judgment Order is attached hereto as Exhibit B.

WHEREFORE, Plaintiffs pray that this Court enter Default Judgment in favor of Plaintiffs and against Defendant and further Order the Defendant to provide Plaintiffs' counsel, Johnson & Krol, LLC, with accurate Contribution Reports for the calendar months of October, 2006 and January, February, March, April and May of 2007.

Respectfully submitted,

JOHNSON & KROL, LLC

By: /s/ Joseph E. Mallon – 6280529
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587